# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, a membership organization; UNDOCUBLACK NETWORK, a membership organization; DAVID KROMA; MOMOLU BONGAY; OTHELLO A.S.C. DENNIS; YATTA KIAZOLU; CHRISTINA WILSON; JERRYDEAN SIMPSON; C.B., AL. K., D.D., D.K., AI. K., AD. K. by and through their father and next friend DAVID KROMA; O.D., and A.D., by and through their father and next friend OTHELLO A.S.C. DENNIS; O.S. by and through his mother and next friend JERRYDEAN SIMPSON,<br><br>                 Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States in his official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN NIELSEN, Secretary of the Department of Homeland Security in her official capacity,<br><br>                 Defendants. | Civil Action No. |

## MOTION FOR DORIAN SPENCE TO APPEAR *PRO HAC VICE*

Pursuant to Massachusetts Local Rule 83.5.3(b), the undersigned and member of the bar of this Court, hereby requests that Dorian Spence, Director of the Special Litigation and

Advocacy Project of the Lawyers' Committee for Civil Rights Under Law, be permitted to appear as counsel for the Plaintiffs and practice in this Court *pro hac vice*, stating in support thereof as follows:

     1.     Mr. Spence is a skilled litigator who will be of great assistance to Plaintiffs in the litigation of their case.

     2.     Mr. Spence is a member in good standing of the bar of the State of Maryland.

     3.     Attached as Exhibit A is a Certification signed by Mr. Spence respectively setting forth the information required under Local Rule 83.5.3.

     4.     Plaintiffs contacted counsel for the Defendants and they have assented to the relief requested in this motion.

Respectfully submitted,

Dated:  March 8, 2019

Oren N. Nimni (BBO #691821)
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street 5th Floor
Boston, MA 02110
Tel: (617) 988-0606
onimni@lawyersforcivilrights.org

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 8, 2019.

_____

Oren Nimni

# EXHIBIT A

## DECLARATION OF DORIAN SPENCE IN SUPPORT OF MOTION FOR ADMISSION
### *PRO HAC VICE*

I, Dorian Spence, make the following declaration in support of the motion for admission *pro hac vice* filed on my behalf:

1.  I am the Director of the Special Litigation and Advocacy Project of the Lawyers' Committee for Civil Rights Under Law, 1500 K Street NW, Suite 900, Washington, DC 20009.

2.  I am a member in good standing of the Maryland State Bar.

3.  I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceeding pending against me as a member of the bar in any jurisdiction.

4.  I have never been denied admission *pro hac vice* in this jurisdiction, nor have I ever had admission *pro hac vice* revoked in this jurisdiction or been subject to disciplinary proceedings in this jurisdiction.

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to comply with them.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 6, 2019

Dorian Spence (Maryland Bar # 0912170195)
Lawyers Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20009
mjordan@lawyerscommittee.org