UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, a membership organization; UNDOCUBLACK NETWORK, a membership organization; DAVID KROMA; MOMOLU BONGAY; OTHELLO A.S.C. DENNIS; YATTA KIAZOLU; CHRISTINA WILSON; JERRYDEAN SIMPSON; C.B., AL. K., D.D., D.K., AI. K., AD. K. by and through their father and next friend DAVID KROMA; O.D., and A.D., by and through their father and next friend OTHELLO A.S.C. DENNIS; O.S. by and through his mother and next friend JERRYDEAN SIMPSON<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States in his official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN NIELSEN, Secretary of the U.S. Department of Homeland Security in her official capacity;<br><br>Defendants. | Civil Action No. 19-cv-10432<br><br>**MOTION FOR PRELIMINARY INJUNCTION** |

## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Plaintiffs, by and through their undersigned counsel, Pursuant to Fed. R. Civ. P. 65(a), move this Court to preliminary enjoin Defendants Donald J. Trump, Kristjen Nielsen and their agents, servants, employees, attorneys, and all persons active in concert with them from implementing and enforcing the upcoming termination of Deferred Enforced Departure (DED) for Liberians lawfully residing in the United States, pursuant to the Presidential Memorandum for the Secretary of State and Secretary of Homeland Security dated March 27, 2018. (Presidential Memorandum)

As explained in detail in the Memorandum of Law in Support of Plaintiffs' Motion For Preliminary Injunction, filed concurrently herewith, Plaintiffs challenge the constitutionality of Defendant Trump's decision to terminate Deferred Enforced Departure (DED) for Liberian immigrants lawfully residing in the United States. In accordance with the Presidential Memorandum, DED for Liberians is set to expire on March 31, 2019. The termination of this program will result in irreparable harm to Plaintiffs by way of forced deportations and family separations.

Plaintiffs submit that the situation meets the standard for a preliminary injunction – there is probable success on the merits, there will be irreparable harm, the balance of hardships tips decidedly towards Plaintiffs, and the public interest will be served.

For the reasons stated in the accompanying Memorandum, Plaintiffs pray that this Court grant this motion and preliminarily enjoin Defendants from implementing or enforcing the Presidential Memorandum until a final hearing on the merits.

Dated: March 11, 2019					Respectfully Submitted

					_____/s/ Oren Nimni
					Oren Nimni (BBO #691821)
					Oren Sellstrom (BBO# 569045)
					Iván Espinoza-Madrigal (pro hac vice forthcoming)
					LAWYERS FOR CIVIL RIGHTS
					61 Batterymarch Street, 5th Floor
					Boston, Massachusetts 02110
					(617) 988-0624

					_____/s/Jon Greenbaum
					Jon Greenbaum (pro hac vice forthcoming)
					Dorian L. Spence (pro hac vice forthcoming)
					Maryum Jordan (pro hac vice forthcoming)
					LAWYERS COMMITTEE FOR CIVIL RIGHTS
					UNDER LAW
					1500 K St. NW, Suite 900
					Washington, DC 200005
					(202) 662-8600

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), and Federal Rule of Civil Procedure 37(a), counsel for Plaintiffs has conferred on March 11, 2019 with counsel for the Defendants in a good faith effort to resolve the issues underlying this Motion.

                                                                                                                                                   _____/s/Oren Nimni  
                                                                                                                                                                                                    Oren Nimni