UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, a membership organization; UNDOCUBLACK NETWORK, a membership organization; DAVID KROMA; MOMOLU BONGAY; OTHELLO A.S.C. DENNIS; YATTA KIAZOLU; CHRISTINA WILSON; JERRYDEAN SIMPSON; C.B., AL. K., D.D., D.K., AI. K., AD. K. by and through their father and next friend DAVID KROMA; O.D., and A.D., by and through their father and next friend OTHELLO A.S.C. DENNIS; O.S. by and through his mother and next friend JERRYDEAN SIMPSON<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States in his official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN NIELSEN, Secretary of the U.S. Department of Homeland Security in her official capacity;<br><br>Defendants. | Civil Action No. 19-cv-10432<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

**ORDER**

THIS MATTER comes before the Court on Plaintiffs' motion for a preliminary injunction. Having reviewed briefs and exhibits filed in support of and in opposition to this motion, and being fully advised, the Court finds that Plaintiffs have demonstrated both a strong likelihood of success on the merits and the possibility that they face immediate irreparable harm from Defendants' termination of Deferred Enforced Departure (DED) for Liberians. The balance of hardships tips decidedly towards Plaintiffs and the public interest would be served by this injunction. Accordingly, it is hereby,

ORDERED that Plaintiffs' motion for a preliminary injunction is GRANTED; it is

FURTHER ORDERED that Defendants and their agents, servants, employees, attorneys, and all persons active in concert with them are enjoined from implementing and enforcing the termination of DED for Liberians lawfully residing in the United States, as set forth in the Presidential Memorandum for the Secretary of State and Secretary of Homeland Security dated March 27, 2018.

DATED this _____ day of _____, 2019

_____