## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Plaintiffs' Motion For Preliminary Injunction and Plaintiffs' Memorandum In Support of which was electronically filed in this case, was sent electronically, and will be served on each of the Defendants in accordance with Fed. R. Civ. P. 4 via first class mail, postage prepaid, to counsel for Defendants.

Dated: March 11, 2019

Respectfully Submitted

/s/ Oren Nimni
Oren Nimni (BBO #691821)
Oren Sellstrom (BBO# 569045)
Iván Espinoza-Madrigal (Admitted *pro hac vice*)
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, 5th Floor
Boston, Massachusetts 02110
(617) 988-0624

/s/Jon Greenbaum
Jon Greenbaum (pro hac vice forthcoming)
Dorian L. Spence (pro hac vice forthcoming)
Maryum Jordan (pro hac vice forthcoming)
LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K St. NW, Suite 900
Washington, DC 200005
(202) 662-8600