# Exhibit 31

## DECLARATION OF OTHELLO DENNIS

1.     My name is Othello A.S.C., and I am one of the Plaintiffs in attached lawsuit seeking to enjoin the termination of Deferred Enforced Departure (DED) for Liberians.

2.     I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could do so and would testify to these facts.

3.     I have been residing in the United States for 19 years. I arrived in the United States in November 1999. I have been a beneficiary of both the TPS and DED designations granted to Liberians residing in the United States and currently have DED.

4.     I am submitting this declaration to describe the harm my family and I have suffered since the announcement of the termination of DED for Liberians, and the harm my family and I will suffer if DED is terminated.

### **Background**

5.     I was born in Liberia on October 27, 1957. I am 61 years old. I live in Worcester Massachusetts.

6.     I left Liberia in 1999 because of the outbreak of the violence and the civil war. The violence was extreme overwhelming and I had to flee for my life. I initially came to the United States seeking safety from the violence in Liberia.

7.     I came to Massachusetts in 1999 and settled in Worcester. I have been in Worcester ever since. I rent my home and have lived and worked in the Worcester community for almost 20 years. I started off working in manufacturing in Worcester. Then in 2005 I decided to make a career change and went to school to get certified as a social worker. My most recent job was as a social worker with Catholic Charities. As a social worker a help people with

a range of issues including helping them get back on their feet after experiencing hardship and helping them to access whatever benefits might be available to them.

8.      I also do a lot of volunteer work. I was part of founding the African Community Education Program and served in its leadership for many years. The goal of the organization was to bridge the educational gap for children of African immigrants. I now do work with a similar organization – Angel's Net Foundation. There I work with kids in after school programs to help them succeed in school, and in life. My role in these education programs is very important. The kids need these programs and to be instructed by someone who is also from Africa helps them feel connected to the program and have better outcomes. I am constantly told by teachers that students who used to struggle in their classes are doing much better after experiencing the program.

### Impact of Deferred Enforced Departure

9.      TPS and DED have been vital programs for me. I have been able to live and feel safe, work, and contribute to my community.

10.     I have two children who were born in Worcester and are U.S. citizens. One wants to be a doctor, the other wants to be a lawyer. They are dreaming and being things I never could have imagined for them.

11.     Employment has also been very important to me. I have been able to support my kids and assist those in need.

12.     It would be devastating for me to return to Liberia. I have a job, a home, a community and family in Worcester. All these things would be torn from me and would suffer from my absence.

### Impact of the Decision to Terminate DED

13.     If DED is terminated, I will be at a loss. I have spent almost twenty years building a life here and have not been back to Liberia since coming to the United States. I have two children who will be forced to be without their father. If they move to Liberia, they will have no opportunities and will be in a country they have never even visited.

14.     I will be deeply harmed if I am forced to return to Liberia. I fled to escape the violence of the civil war and I dread having to return to those conditions. I would be separated from my kids who have no other means of support.

15.     I know that people coming from America to Liberia are targets for theft and violence and I fear what will happen to me if I have to move back.

16.     I have serious medical conditions that require treatment that I could not receive in Liberia. A relative of mine in Liberia recently died because of lack of medical care. There is very little access to healthcare and what there is can only be accessed if you have enough cash on hand. Being sent back would be sentencing me to death.

17.     My kids live in constant fear of me being taken away. They ask me all the time what is happening with the DED program and if I will be torn away.

18.     The children that I volunteer with will also suffer. Losing the program and in particular losing a staff member to whom they can relate will be devastating and set back their education greatly.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5th day of March , 2019, in Worcester .

Othello A.S.C. Dennis