# Exhibit 33

**DECLARATION OF CHRISTINA WILSON**

I, Christina Wilson, declare the following:

1.      I am one of the Plaintiffs in this matter regarding the termination of DED.

2.      I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could do so and would testify to these facts.

3.      I have been lawfully residing in the United States for almost twenty years. I arrived in the United States in 2000 on a visitor's visa. When the U.S. government began issuing TPS, I applied for and was granted TPS status. When TPS was terminated for Liberia, I received DED. I am currently a DED recipient.

4.      I am submitting this declaration to describe the harm I have suffered since the announcement of the termination of DED for Liberians, and the harm my family and I would suffer if DED is terminated.

## Background

5.      I was born in Maryland, Liberia. I am 61 years old and I live in Minnesota.

6.      Since the civil wars began in Liberia, my family and I have suffered in many ways. When the war was starting, my older brother left me his house. One day, we had to flee the house because we heard that there were fighters in the area killing people. We ran away because the fighters were known for killing people and for burning down houses when people were in them.  I fled the house. After the fighting ended, we returned to the house; it was burned down and destroyed. We lost all of our possessions in the fire and had to start over. After this happened, we had to move.

7.     Another time, my mom was attacked at the market. A group of people grabbed her, tied her up, and held her to the ground. I saw all of this happen from a taxi. I tried to get out of the car to help my mom but the taxi driver said that I shouldn't go, and he told me he would handle it. He went to talk to the people that had my mom and they let her go. After this happened, I was thinking if this is the kind of life we want to live when we are living in fear every day. I was also thinking that anything could happen to me at any time.

8.     Around 1996, my niece was shot. That same year, my youngest brother went to buy food and he never came back home – he disappeared. A few months later some friends told us that he was killed.

9.     Another one of my younger brothers was also targeted because of his social justice work. My brother was a human rights activist and had a director position at the Catholic Justice and Peace Commission. He was very critical of the government and of warlord and former President Charles Taylor, and he condemned the Liberian government's human rights record.  Because of his human rights activities he was jailed around 1997 or 1998, and had to flee Liberia in 1999. After he fled Liberia, he was accused of betraying the country to the American government because he collaborated with officials from the U.S. Embassy in Monrovia to investigate and document human rights abuses.

10.    After these series of attacks against my family, I sent my mom, nieces, nephews, and my three children to Ghana. I applied for, and received, a visitor's visa to come to the U.S. and I arrived in 2000. When I was moving, I just wanted to find somewhere to lay down and sleep. I came alone to the U.S. for my future, and the future of my family.

11.    After I arrived in the U.S., I was accepted to a nursing assistant school in 2001.  I worked for the nursing program for two years and after, I began working at a nursing home

called St. Therese. I have been employed at St. Therese for sixteen years. I am a nursing assistant and I take care of the elderly. I enjoy my work and I think it is fun. I am passionate about taking care of the elderly and children.

12.     I also went to culinary school from 2005 to 2007 while I worked as a nursing assistant.

13.     I try to stay involved in my community. I regularly attend St. Alonso's, a Catholic Church, and I perform scripture readings there. I am also a member of the Organization of Liberians in Minnesota. The organization arranges activities including leadership programs, teaching members how to read and write, game events, tutoring for students, and events addressing the DED program. I attend the meetings of the organization and participate in activities when I can. I try to take care of the elderly members of the organization because they are part of my community. Whenever I have extra things, I send the members stuff like food, toiletries, and clothes. I think it's important to give something whenever I can.

14.     I have only returned to Liberia once since 2000, when I moved to the United States. My mom passed away in 2010 and my immigration lawyers helped me get permission from the government to visit Liberia for a week to bury my mom. I hadn't seen my mom in ten years.  I also wanted to see Liberia with my own eyes. The condition there was horrible; there were no jobs and the quality of life was not good. The condition in Liberia has not improved since 2010.

## Impact of Deferred Enforced Departure

15.     Every time DED is renewed, I have to apply for work authorization. To get the authorization, I fill out a form, get finger printed, send photographs, and pay a fee. I do not have any problems with the process – I do what I can so I can work.

16.     Over the years, whenever DED was set to expire I would worry about the future. Each time it was set to expire, I would receive a letter saying that I will lose my job if I cannot get DED. But before President Trump, DED was always renewed so we were not that scared.

17.     I have benefitted greatly from having DED.   My life here is good. I have a good job that I enjoy because I am passionate about taking care of people. Through my job I am able to pay my bills and I have a 401(k) account for my retirement. With my job, I am also able to take care of my family in Liberia. Each month I send some money to my family there so they can be sustained. Things are hard for them in Liberia because it is difficult to find a job or even if they have a job, they will work for months and never get paid. In the United States, I know that I can work hard and I will always get paid and be able to take care of myself and my family. That is what DED means to me.

18.     I also am part of strong communities in Minnesota. I am active in the Organization of Liberians in Minnesota; we take care of each other. I also part of a community with my neighbors. My neighbors and I help each other out and we share food with each other. I have made a lot of friends at the nursing home where I work.

**Impact of the Decision to Terminate DED**

19.     The upcoming end of the DED program has had great impact on me. I am very scared and I have trouble sleeping. I do not know what is coming next. But I am hopeful that there will be a law passed so Liberians with DED can stay here. I am hopeful for the good hearts of people who want to help us.

20.     I am scared for my life if I go back to Liberia. It is not safe there. I am worried that people will think that I have a lot of money because I was living in the United States, and that they will target me. In Liberia, people know everything about you and word will spread that

I returned from living in the United States. Recently a woman relocated back to Liberia after living in the U.S. and she was butchered. The people who attacked her thought that she had money. People target others because they are desperate. A lot of people are poor and don't have money; it is hard to get a job in Liberia.

21.     If I have to go back to Liberia, I would lose many things. This includes my job which I worked so hard to get. I would also lose my 401(k). A lot of people would suffer if I go back to Liberia. My children and family depend on me financially. I do not know what we would do for money. It is very hard to get a job in Liberia. Even with my financial help, my family faces difficult times. Recently, I had to get up early in the morning because I kept getting calls from relatives about needing money. One relative was hungry and couldn't buy food. Another one needed money to go to the hospital because that relative was sick. Another relative's child was sick. Sometimes my relatives don't even have enough money to call me to let me know that they need help. Or if a relative is sick and needs money, sometimes its too late by the time they are able to receive my money and they die. That's what it is in Liberia.

22.     I see photographs of my children and they look so much older than their ages. They look older because of their struggles in Liberia.

23.     I left Liberia with nothing and came to the United States with nothing. If I go back to Liberia I will have nothing again. I do not want to relive that difficult time in my life.

24.     I am a diabetic and I am afraid of my health situation in Liberia. I do not think I can get access to the necessary health care because I will not have the money. I am also worried about what will happen if I get sick in Liberia. It is hard to get good health care there. During the civil war, many good doctors were killed, or they fled Liberia. Some of the doctors have returned and created their own clinics. But these clinics are very expensive; I could not even

afford to go to them now with my U.S. salary. The hospitals I can afford to go to in Liberia have poor sanitation. These hospitals do not even have the proper cleaning products to sanitize the equipment.

25.     Since I left Liberia, my family has had bad experiences with the health care there. My mother died in 2010 after an illness. She was sick and had to walk to a health clinic. The next day she couldn't talk and she shortly died after.

26.     My brother died last year because he was sick. My older sister wanted to take him to the hospital but he decided to stay home because the hospitals are very bad.

27.     My daughter had to go to the hospital recently because her eyes were hurting. The doctor gave her a prescription for glasses but the glasses do not help her. I am worried that they are not properly diagnosing my daughter. I do not have the money to send my daughter abroad so she can get better health treatment.

28.     I will also lose my community if I return to Liberia. When I was there in 2010 for my mom's funeral, I felt like a stranger there. A lot of my friends left Liberia during the war and moved to countries such as Israel, Germany, and Australia. It would be very hard for me to find people I know there other than my family. I am part of a strong community in Minnesota through my job, my church, my neighbors, and the Organization for Liberians in Minnesota. We take care of each other, and I know I can depend on them. My friends here are worried about me and they told me that they pray for me so I can stay in the United States.

29.     Since President Trump announced he is ending DED, I have done some advocacy to appeal his decision. In February, the Organization of Liberians in Minnesota had a rally at the state capital. We had the rally to show that something must be done to help Liberians with DED.

30.     In February, I also traveled to DC with a number of immigration organizations. We talked to people in Congress to explain what is going on with Liberian DED holders and what ending the DED program would cost them. We wanted them to see how desperate we are for help and convince them to do something.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4th day of March, 2019 in Crystal City Minnesota.

Christina Wilson

Christina J. Wilson