# Exhibit 35

## DECLARATION OF MOMOLU BONGAY

1.     My name is Momolu Bongay, and I am one of the Plaintiffs in attached lawsuit seeking to enjoin the termination of Deferred Enforced Departure (DED) for Liberians.

2.     I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could do so and would testify to these facts.

3.     I have been residing in the United States for 18 years. I arrived in the United States in or around 2001. I have been a beneficiary of both the TPS and DED designations granted to Liberians residing in the United States and currently have DED.

4.     I am submitting this declaration to describe the harm my family and I have suffered since the announcement of the termination of DED for Liberians, and the harm my family and I will suffer if DED is terminated.

### Background

5.     I was born in Liberia on February 3, 1957. I am 62 years old. I live in Worcester Massachusetts.

6.     I left Liberia in 2001 because of the outbreak of the civil war. The violence was extreme and I had to flee for my life. I initially came to the United States seeking asylum from the violence in Liberia.

7.     I came to Massachusetts in 2001 and settled in Worcester. I rent my home and have lived and worked in the Worcester community for almost 20 years. I work as direct care professional at Arbor Associates, although I am currently on leave because of an injury. I do very important work providing medical assistance for a variety of patients. My job allows me to support myself and my family. I am a fixture of the community in Worcester.

## Impact of Deferred Enforced Departure

8. TPS and DED have been vital programs for me and have allowed me to feed and support my family and be a productive member of my community. I have renewed my work authorization and applied for status whenever it was time to renew.

9. Employment has been very important to me. I have a new wife who I support financially.

10. It would be devastating for me to return to Liberia. I have a job, a home, a community and family in Worcester. All these things would be torn from me and would suffer from my absence.

## Impact of the Decision to Terminate DED

11. If DED is terminated, I will be at a loss. I have spent almost twenty years building a life here and have not been back to Liberia since coming to the United States. All of the community ties I have are here. My job is here. My life is here.

12. I will be deeply harmed if I am forced to return to Liberia. I fled to escape the violence of the civil war and I dread having to return to those conditions.

13. When the termination was announced it was confusing. I have lived here for so long and it felt like a gunshot to learn that I would be forced to leave.

14. My wife and other relatives also live in constant stress and fear of what will happen. The termination announcement has already had a harmful impact on my family and will they will struggle immensely if I am forced to leave.

15. I have advocated for myself and my community of Liberian DED holders. I am part of community groups who are seeking to extend DED status so that we can continue to have lives in the homes we have built.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5 day of March, 2019, in Worcester.

*[signature]*

Momolo Bongay