# Exhibit 38

**DECLARATION OF JONATHAN JAYES-GREEN**

I, Jonathan Jayes-Green, declare as follows:

1. I am the co-founder and the Director of the UndocuBlack Network ("UndocuBlack") which is one of the plaintiffs in this matter. I have been in my current position as Director for approximately two years. I have personal knowledge of the facts set forth below and if called upon to testify, I could and would do so competently.

2. UndocuBlack is fiscally sponsored nonprofit organization headquartered in Washington D.C. with organizational chapters in District of Columbia / Maryland and Virginia., Los Angeles, and New York. The organization also has a national network and members located in thirty states including Massachusetts. Some of our members are Liberian DED holders. We serve thousands of individuals from immigrant communities across the country.

3. UndocuBlack receives funding from individual donors and foundations.

4. UndocuBlack was created in January 2016 to establish a network that would advocate for undocumented Black immigrant communities. The vision of the organization is to advocate for the rights of Black undocumented individuals, provide healing spaces, and community to those with intersecting identities. UndocuBlack achieves this core mission through its multi-generational network of currently and formerly undocumented Black people that fosters community and facilitates access resources. We also prepare resources for community members that address mental wellness, legal issues, health services, housing, and education.

5. Donald Trump's decision to end the DED program for Liberians has harmed UndocuBlack and its members. Members of UndocuBlack who are Liberian DED holders are in

danger of deportation. We have invested resources in training and developing the skills of these members and we risk losing their participation and engagement. We also invested resources for their deportation defense so they may stay in the country.

6. I have spoken directly to members of UndocuBlack about their fears regarding the end of the DED program. They expressed many concerns to me including what will happen to their houses, bank accounts, social security, pensions, 401(k)s, and any other assets they have built as productive members of society. Members have asked about their schooling because they are currently students. Members are also afraid of what will happen to their children if they are detained or forced to leave.

7. In response to these fears, we diverted many resources to help and support our members because of the announcement of the termination of DED. We organized trainings and materials for DED holders on how to adequately prepare their affairs in case they have to leave the United States. We covered various topics such as obtaining a power of attorney and arranging child care in case the DED holders are detained or deported.

8. Some DED holders have had to go to check-ins with ICE. In anticipation of these check-ins, we initiated rapid response strategies including connecting the DED holders with attorneys and arranging accompaniment for their ICE check-ins.

9. We employed resources to assist DED holders with obtaining their work authorization after President Trump's announcement. Some DED holders experienced delays in receiving the authorization so we responded to their questions and helped them relay information to their employers.

10. We have also focused on the mental wellness of DED holders who have faced trauma when recounting their experiences to the media and through the termination of the DED program. Our staff has supported multiple DED holders in our Network, educated them on methods of dealing with trauma and holding space for wellness and healing.

11. Additionally, we have carried various forms of political advocacy to call attention to the crisis currently facing Liberian DED holders and the harms they face if the DED program is terminated. Undocublack co-led the planning of a days-long advocacy initiative in Washington D.C. that took place from March 12-14, 2018. The advocacy days culminated with a Congressional briefing on Capitol Hill on March 13, 2018. Most recently, we also co-led days of advocacy and education for DED holders on February 10-13, 2019.

12. To prepare for the advocacy days, UndocuBlack trained Liberian DED holders to be spokespersons and advocates for the extension of DED. In addition, UndocuBlack funded the travel, food, lodging, and advocacy materials for Liberian DED holders who were participants.

13. Understanding that the termination DED for Liberians would not only harm DED holders themselves, UndocuBlack also conducted lobby visits in states with large Liberian populations (naturalized and undocumented) including, but not limited to: New York, Minnesota, and Alabama.

14. As a result of UndocuBlack's advocacy Washington D.C., and the aforementioned states, 53 members of Congress signed onto a bi-partisan, bi-cameral letter to President Trump that called for the extension of DED.

15. Carrying out all of these initiatives on behalf of DED holders has required UndocuBlack to divert many resources including funds and staff time. We had to allocate

resources for work targeted at a local and state level to the DED situation. Some of our staff now dedicate 60% of their time to advocate on behalf of DED holders.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on 04 of March, 2019 in Washington, D.C.

_____

Jonathan Jayes-Green