UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

African Communities Together et al
                    Plaintiff

v.                                                    Civil Action No.  _____4:19-cv-10432___

Donald J. Trump et al
                    Defendant

## NOTICE

This case has been assigned to Magistrate Judge Chief David H. Hennessy for all purposes. Please read the attached General Order for further information regarding this assignment. Plaintiff, or defendant if the case is initiated by a Notice of Removal, is responsible for submitting this form to the Court advising that all parties consent to the Magistrate Judge's jurisdiction, or indicating that the consent is not unanimous. <u>One</u> document is to be filed.

While consent to the assignment of the case to the Magistrate Judge is entirely voluntary, and no adverse substantive consequences of any kind will redound to an attorney or party refusing consent, submission of this executed form, memorializing consent or refusal to the final assignment to the Magistrate Judge is <u>mandatory</u>. This document is to be electronically filed with the Court within thirty days after the date of service on the last party.

**CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE**
**(To Be Completed <u>Only</u> If <u>All</u> Parties Consent)**

In accordance with 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the undersigned *pro se* party or counsel of record consent to have the above named Magistrate Judge conduct all further proceedings in this case, including bench or jury trial, and order the entry of final judgment, with direct review by the First Circuit Court of Appeals if any appeal is filed.

| Party Represented | Signature | Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

(If additional space is needed, additional forms may be attached)

- - OR - -

**REFUSAL TO CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE**
**(To Be Completed If <u>Any</u> Party Declines to Consent - Please DO NOT Identify the Party)**

In accordance with General Order 07-4 , dated December 4, 2007, and as modified by General Order 09-3 (dated March 3, 2009) and General Order 10-1 (dated February 2, 2010) the parties advise the Court that at least one party does not consent to the Magistrate Judge's jurisdiction.

The case will be randomly assigned to a U.S. District Judge for further proceedings. If you elect to have the case proceed before a U.S. District Judge, the above named Magistrate Judge shall continue to be assigned to this case to hear matters referred by the District Judge, in accordance with 28 U.S.C. § 636(b) and Rule 72 of the Federal Rules of Civil Procedure.

Dated:  March 12, 2019                              Oren Nimni
                                                    Plaintiff or Removing Party
                                                    (through counsel, if appropriate)

                              BBO #                 691821
                              Address:              Lawyers for Civil Rights
                                                    61 Batterymarch St. 5th fl. Boston, MA 02110