UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, a membership organization; UNDOCUBLACK NETWORK, a membership organization; DAVID KROMA; MOMOLU BONGAY; OTHELLO A.S.C. DENNIS; YATTA KIAZOLU; CHRISTINA WILSON; JERRYDEAN SIMPSON; C.B., AL. K., D.D., D.K., AI. K., AD. K. by and through their father and next friend DAVID KROMA; O.D., and A.D., by and through their father and next friend OTHELLO A.S.C. DENNIS; O.S. by and through his mother and next friend JERRYDEAN SIMPSON<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States in his official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN NIELSEN, Secretary of the U.S. Department of Homeland Security in her official capacity;<br><br>Defendants. | Civil Action No. 19-cv-10432 |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Timothy C. Blank and Dechert LLP as attorneys for Plaintiffs in the above-captioned matter.

Dated: March 20, 2019
    Boston, MA

Repectfully Submitted,

/s/ Timothy C. Blank
Timothy C. Blank (BBO #548670)
DECHERT LLP
One International Place
100 Oliver Street, 40th Floors
Boston, Masschusetts  02110
(617) 728-7100
timothy.blank@dechert.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Timothy C. Blank, hereby certify that on this 20th day of March, 2019, a true and correct copy of the foregoing Notice of Appearance was duly served and filed through the ECF system on all registered participants.

/s/ Timothy C. Blank
Timothy C. Blank (BBO #548670)