## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, *et al.*,<br><br>            *Plaintiffs*,<br><br>      v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>            *Defendants*. | Civil Action No. 19-cv-10432 |

## **CERTIFICATE OF SERVICE**

I, Timothy C. Blank, hereby certify that on this date lawyers from my law firm served a true and complete copy of the Assented to Motion for Admission Pro Hac Vice for Dennis H. Hranitzky [Doc No. 20] on Joshua Kolsky at the U.S. Department of Justice, Counsel for the Defendants, whom we have been in contact with regarding the above-captioned action, by e-mail at:

joshua.kolsky@usdoj.com

I certify that the foregoing is true and correct.

Dated: March 20, 2019
      Boston, MA

                                        By: */s/ Timothy C. Blank*
                                         Timothy C. Blank
                                         DECHERT LLP
                                         One International Place
                                         100 Oliver Street
                                         Boston, MA 02110
                                         (617) 728-7154
                                         timothy.blank@dechert.com