**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 19-cv-10432 |

**[PLAINTIFFS' PROPOSED] ORDER GRANTING ASSENTED TO MOTION FOR LEAVE TO FILE REPLY IN EXCESS PAGES TO DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

Upon consideration of the Assented to Motion for Leave to File Reply in Excess Pages to Defendants' Opposition to Motion for Preliminary Injunction in the above-captioned matter, it is this _____ day of _____, 2019, hereby

**ORDERED**, that the Assented to Motion for Leave to File a Reply in Excess Pages to Defendants' Opposition to Motion for Preliminary Injunction be, and the same hereby is, **GRANTED**.

_____
United States District Judge