**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

AFRICAN COMMUNITIES TOGETHER, a
membership organization; UNDOCUBLACK
NETWORK, a membership organization;
DAVID KROMA; MOMOLU BONGAY;
OTHELLO A.S.C. DENNIS; YATTA
KIAZOLU; CHRISTINA WILSON;
JERRYDEAN SIMPSON; C.B., AL. K., D.D.,
D.K., AI. K., AD. K. by and through their
father and next friend DAVID KROMA; O.D.,
and A.D., by and through their father and next
friend OTHELLO A.S.C. DENNIS; J.S. by
and through his mother and next friend
JERRYDEAN SIMPSON,

        Plaintiffs,

     v.

DONALD J. TRUMP, President of the United
States in his official capacity; UNITED
STATES DEPARTMENT OF HOMELAND
SECURITY; KEVIN MCALEENAN, Acting
Secretary of the Department of Homeland
Security in his official capacity,

        Defendants.

Civil Action No. 19-cv-10432-TSH

**CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMITATION APPLICABLE
TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE
AMENDED COMPLAINT**

      Plaintiffs African Communities Together, et al., by and through their undersigned counsel,

respectfully move this Court for leave to file an up to 30-page memorandum in support of their

Opposition to Defendants' Motion to Dismiss the Amended Complaint, due August 2, 2019.

Pursuant to Local Rule 7.1(a)(2), on July 31, 2019, the undersigned counsel for Plaintiffs conferred

with counsel for Defendants about the relief sought herein and Defendants' counsel affirmed that Defendants consent to this motion.

On June 25, 2019, Defendants filed a Motion for Leave to Exceed Page Limitation Applicable to Motion to Dismiss the Amended Complaint. Defendants requested up to an additional eight pages for their memorandum of law in support of their Motion.

By its order of July 1, 2019, the Court granted Defendants' Motion for Leave to Exceed Page Limitation Applicable to Motion to Dismiss the Amended Complaint.

On July 1, 2019, Defendants filed their Motion to Dismiss the Amended Complaint and accompanying 28-page Memorandum in Support of Motion to Dismiss the Amended Complaint.

Defendants' Memorandum raises six separate arguments that involve complex legal issues. Due to the number and complexity of the arguments raised, Plaintiffs require up to ten additional pages to enable them to fully and completely address Defendants' arguments.

Accordingly, for the reasons stated above, Plaintiffs respectfully request the Court to allow Plaintiffs leave to file their Opposition to the Motion to Dismiss the Amended Complaint not to exceed 30 pages.

Respectfully submitted,

Dated:  July 31, 2019

*/s/ Timothy C. Blank*

Oren Nimni (BBO #691821)
Iván Espinoza-Madrigal (*pro hac vice*)
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, 5th Floor
Boston, MA 02110
Tel: (617) 988-0624
Fax: (617) 482-4392
onimni@lawyerscom.org

Dorian L. Spence (*pro hac vice*)
Maryum Jordan (*pro hac vice*)
LAWYERS' COMMITTEE FOR CIVIL
        RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
Tel: (202) 662-8600
Fax: (202) 783-0857
dspence@lawyerscommittee.org

Timothy C. Blank
DECHERT LLP
One International Place
100 Oliver Street, 40th Floor
Boston, MA 02110
Tel: (617) 728-7100
Fax: (617) 426-6567
timothy.blank@dechert.com

Dennis H. Hranitzky (*pro hac vice*)
Michael A. Losco (*pro hac vice*)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 641-5647
Fax: (212) 698-3500
dennis.hranitzky@dechert.com

## **LOCAL RULE 5.2(b) CERTIFICATE OF SERVICE**

I, Timothy C. Blank, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 31, 2019.

*/s/ Timothy C. Blank*
Timothy Blank