**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) )   Civil Action No. 19-10432 (TSH) |
| DONALD J. TRUMP, President of the United States, *et al.*, | ) ) ) ) |
| *Defendants*. | ) ) ) |

**UNOPPOSED MOTION FOR LEAVE TO FILE 27-PAGE REPLY MEMORANDUM**
**IN SUPPORT OF MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendants Donald J. Trump, President of the United States; United States Department of Homeland Security; and Kevin McAleenan, Acting Secretary of Homeland Security, respectfully move, pursuant to Local Rule 7.1(b)(3), for leave to file a 27-page combined reply memorandum in further support of their Motion to Dismiss the Amended Complaint and response to the brief of *amici curiae*. The undersigned counsel conferred with Plaintiffs' counsel about the relief sought herein who stated that Plaintiffs will not oppose this motion.

Plaintiffs' Amended Complaint contains 164 paragraphs of allegations. It asserts four counts against the President of the United States, the Acting Secretary of Homeland Security, and the Department of Homeland Security. Defendants have moved to dismiss the Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Defendants' motion argued, *inter alia*, that Plaintiffs lack standing to bring their claims, that their claims are unripe, that they cannot assert claims against the President, and that they have failed to allege adequately violations of the constitution or other laws.

Plaintiffs' 30-page opposition to the motion to dismiss raises numerous legal arguments and attaches multiple declarations. And the 16-page brief of *amici curiae* raises additional

arguments. Defendants' proposed reply seeks to respond to these arguments as succinctly as possible. Defendants submit that the proposed reply will assist the Court in resolving a potentially dispositive motion in this important case. Defendants also respectfully request that they be allowed to use up to 27 pages for the reply. Given the length of Plaintiffs' opposition and the *amici curiae* brief, Defendants anticipate that up to 27 pages will be necessary to adequately respond to both briefs.

Defendants further propose that the reply be due on August 23, which is 21 days after Plaintiffs' opposition was filed. Defendants require 21 days to prepare the reply due to the number of issues raised in the briefing and because of the undersigned counsel's numerous litigation commitments in other federal court matters this month.

For the foregoing reasons, Defendants respectfully request the Court to allow Defendants leave to file a reply memorandum of up to 27 pages by August 23, 2019.

        Respectfully submitted,

        JOSEPH H. HUNT
        Assistant Attorney General

        JOHN TYLER
        Assistant Branch Director, Federal Programs Branch

        /s/ *Joshua Kolsky*
        JOSHUA KOLSKY
        Trial Attorney
        D.C. Bar No. 993430
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street NW Washington, DC 20005
        Tel.: (202) 305-7664
        Fax: (202) 616-8470
        E-mail: joshua.kolsky@usdoj.gov

        *Attorneys for Defendants*

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), counsel for Defendants conferred with counsel for Plaintiffs about this Motion. Plaintiffs' counsel stated that they will not oppose this Motion.

*/s/* Joshua Kolsky
Joshua Kolsky

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 9, 2019.

*/s/* Joshua Kolsky
Joshua Kolsky